IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:12-CR-047-M |
| | ) | |
| APOTHÉCURE, INC. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

APOTHÉCURE, INC., by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to Count(s) 1 and 2 of the misdemeanor Information.  After cautioning and examining

APOTHÉCURE, INC. under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged are

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that

APOTHÉCURE, INC. be adjudged guilty and have sentence imposed accordingly.

Date:   April 24, 2012

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).